DALTON, Respondent, v. DALTON et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Annie E. Dalton against George W. Dalton and another. No opinion. Motion to set aside affirmance by default granted, on payment within two days of $10 costs, and cause placed at foot of calendar for argument peremptorily.

DALY, Respondent, v. STATEN ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by James C. Daly against the Staten Island Electric Railway Company. H. K. Davis, for appellant. C. G. F. Wahle, for respondent. No opinion. Judgment and order affirmed, with costs.

DAVIS, Respondent, v. MARVINE, Appellant. (Supreme Court, Appellate Division, Third Department. May, 1899.) Action by George B. Davis, as administrator, etc., against George E. Marvine. No opinion. Motion to correct order, as proposed by order submitted, granted.

DAVIS v. UNITED PORTABLE HOISTING ENGINEERS et al. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Benjamin P. Davis against the United Portable Hoisting Engineers and others. No opinion. Motion granted, with $10 costs. See 51 N. Y. Supp. 180.

DAY, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by William J. Day against A. Perry Fish. No opinion. Judgment of the county court affirmed, with costs.

DAYTON v. BANGS et al. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by Herbert W. Dayton against Edwin D. Bangs and another. No opinion. Motion denied, with $10 costs.

DEDRICK, Respondent, v. VILLAGE OF CORINTH, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by Levi B. Dedrick against the Village of Corinth. No opinion. Order affirmed, with costs.

DEERING v. REILLY. (Supreme Court, Appellate Division, First Department. December 5, 1899.) Action by James A. Deering against William J. Reilly. No opinion. Motion granted, with $10 costs.

DEGRAW, Appellant, v. ERIE RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 19, 1899.) Action by Wilson Degraw, by Gilbert Degraw, his guardian ad litem, against the Erie Railway Company.

PER CURIAM. Motion for reargument granted. Decision hitherto rendered vacated, and in lieu thereof it is ordered that the order appealed from be modified, so as to make the conditions of the bond the same as those prescribed in the order for the deposit of money, to wit, to secure only the payment of costs which may be awarded on appeal; and, as modified, order affirmed, without costs of this appeal to either party.

DE HIERAPOLIS v. REILLY. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr. No opinion. Motion for leave to go to court of appeals granted. See 60 N. Y. Supp. 417.

DEINHART, Respondent, v. ELECTRIC LIGHT & POWER CO. OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Peter Deinhart, as administrator, etc., of Martin Deinhart, deceased, against the Electric Light & Power Company of Syracuse, impleaded with the city of Syracuse.

PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the damages to $3,-000. If such stipulation shall be given, the judgment and order, as so modified, are affirmed, without costs of this appeal to either party.

DEMARY et al., Appellants, v. SHERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1899.) Action by Andrew J. Demary and others against Tillie T. Sherman. No opinion. Order affirmed, with $10 costs and disbursements.

DIETCH, Respondent, v. FORD, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Hattie Dietch against Clara Ford. No opinion. Judgment of the municipal court affirmed, with costs, on argument.

D. M. KOEHLER & SONS CO., Appellant, v. BOYLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 24, 1899.) Action by the D. M. Koehler & Sons Company against Frank Boylan and others. A. C. Weil, for appellant. D. F. Ayres, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DRIFFILL, Appellant, v. COWLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Gerrie E. Driffill against Horace N. Cowles. No opinion. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.